No. 2,457.

THE PEOPLE OF THE STATE OF CALIFORNIA, RESPONDENTS, *v.* D. WARREN, FRANCIS MARION, CHAS. G. AMES, JAS. RENDALL, ROSS MOORE AND DAVID HARRINGTON, APPELLANTS.

APPEAL from the County Court of Los Angeles County.

RHODES, C. J., delivered the opinion of the Court:

Upon the authority of *The People* v. *Ames* (39 Cal. 403), judgment reversed and cause remanded for a new trial.